IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

  v.                                          Case No. 2:08-cr-81-22

Andrea Herdman,                   JUDGE GRAHAM

    Defendant.

## ORDER

By order dated January 8, 2010, this court referred the petition for revocation of the defendant's probation (Doc. No. 801) to United States Magistrate Judge Terence P. Kemp for the holding of a hearing and the issuance of a report and recommendation. The magistrate judge held an evidentiary hearing on the petition on January 29, 2010. On February 3, 2010, the magistrate judge issued a report and recommendation in which he recommended that defendant's probation be revoked. The magistrate judge further recommended that defendant be sentenced to a term of incarceration of ten months, to be followed by a one-year term of supervised release. No objections to the report and recommendation have been filed.

The court hereby adopts the report and recommendation (Doc. No. 827), and a judgment will be entered in accordance with the recommendation.

Date: February 18, 2010               s/James L. Graham
                                         James L. Graham
                                         United States District Judge